USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX TORRES,

      Plaintiff,

-against-

OSBORNE ASSOCIATION,

      Defendant.

23-CV-8078 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of the parties' representation that they have reached a settlement in principle (Dkt. 17), the initial conference, previously scheduled on November 29, 2023, at 11:00 a.m., is adjourned *sine die.*

Dated: New York, New York
       November 9, 2023

                                      SO ORDERED.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**